UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**SEAN CANTKIER, SCOT LADY, JEFFREY ALTMIRE, MICHAEL HALLER, LISA ROYE, ALAN LESTOURGEON, KEAN LEE LIM, and GREG RIVERA,**

Defendants.

Case No. 1:09-cv-00894-CKK

**AFFIDAVIT OF ACKNOWLEDGMENT OF SEAN CANTKIER**

Sean Cantkier hereby states and affirms as follows:

1. My name is Sean Cantkier. I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this Affidavit.

2. I am a defendant in the above-captioned case.

3. My current employer is __Milner, Inc.__

My current business address is __5125 Peachtree Industrial Blvd. Norcross, GA 30092__

My current business telephone number is __[redacted]__. My current residential address is __[redacted]__

My current residential telephone number is __[redacted]__

4. On February __4__, 2010, I received a copy of the Stipulated Final Order for Permanent Injunction and Settlement of Claims as to Defendant Michael Haller, which was signed by the Honorable Colleen Kollar-Kotelly and entered by the Court on January 26, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 4, 2010.

_____
Sean Cantkier

State of Georgia, City of Norcross

Subscribed and sworn to before me
this 4 day of February, 2010.

_____
James C Doyer
Notary Public
My Commission Expires:

Notary Public, Fulton County, Georgia
My Commission Expires Aug. 28, 2011