UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>  Plaintiff,<br><br>v.<br><br>**SEAN CANTKIER** *et al.*,<br><br>  Defendants. | **Case No. 1:09-cv-00894-CKK** |

**FTC'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEAN LEE LIM**

COMES NOW plaintiff Federal Trade Commission, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby voluntarily dismisses defendant Kean Lee Lim from this action.

Dated: April 21, 2010                Respectfully submitted,

WILLARD K. TOM
General Counsel


 /s/ *Gregory A. Ashe*
LAWRENCE HODAPP, DC Bar #221309
GREGORY A. ASHE, DC Bar #451552
RONALD G. ISAAC, DC Bar # 355834
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
202-326-3105 (Hodapp)
202-326-3719 (Ashe)
202-326-3231 (Isaac)
202-326-3768 (fax)
lhodapp@ftc.gov
gashe@ftc.gov
risaac@ftc.gov

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on April 21, 2010, **FTC'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEAN LEE LIM** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Gregory A. Ashe
Lawrence Martin Hodapp
Michael A. Thurman
Michael Lawrence Mallow
Ronald Gardell Isaac

The undersigned counsel further certifies that the documents will be mailed by United States Postal Service to the following non-CM/ECF participants:

Kean Lee Lim
10470 Seri Tanjung Pinang, Penang
MALAYSIA
(Via email)
Defendant, pro se

                               /s/ *Gregory A. Ashe*
                               Gregory A. Ashe
                               Attorney for the Federal Trade Commission